

ATTORNEYS AT LAW

Writer's Direct Dial: 610-822-0276
E-Mail: dalbert@ktmc.com

September 7, 2016

**VIA EMAIL**

ALCarterNYSDChambers@nysd.uscourts.gov
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 725
New York, NY 10007

  **Re:** *Simpson v. Michelson, et al.*, No. 1:16-cv-03970-ALC

Dear Judge Carter:

  We represent plaintiff Stuart Simpson in the above-captioned action (the "Action"). We write on behalf of all parties to the Action, and are pleased to inform the Court that the parties have executed a Stipulation and Agreement of Settlement (the "Stipulation") resolving the Action. Plaintiff will be filing the Stipulation and a motion in support of preliminary approval of the proposed Settlement with the Court tomorrow.

           Respectfully submitted,

           KESSLER TOPAZ
           MELTZER & CHECK, LLP

           J. Daniel Albert

cc: (via email)
   Peter Doyle (pdoyle@proskauer.com)
   Bradley Bobroff (bbobroff@proskauer.com)
   PROSKAUER ROSE, LLP
   Eleven Times Square
   New York, NY 10036-8299

   *Counsel for Defendants*

280 King of Prussia Road, Radnor, Pennsylvania 19087 T. 610-667-7706 F. 610-667-7056 info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104 T. 415-400-3000 F. 415-400-3001 info@ktmc.com
WWW.KTMC.COM