

Grant & Eisenhofer P.A.

485 Lexington Avenue   New York, NY 10017   Tel: 646-722-8500   Fax: 646-722-8501

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100

1747 Pennsylvania Avenue, N.W., Suite 875
Washington, DC 20006
Tel: 202-386-9500
Fax: 202-386-9505

Daniel L. Berger
Director
Tel: 646-722-8522
dberger@gelaw.com

30 N. LaSalle Street, Suite 1200
Chicago, IL 60602
Tel: 312-214-0000
Fax: 312-214-0001

September 8, 2016

**VIA EMAIL AND ECF**

ALCarterNYSDChambers@nysd.uscourts.gov
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 725
New York, NY 10007

Re: *Simpson v. Michelson, et al*, No. 1:16-cv-03970-ALC

Dear Judge Carter:

We represent plaintiff Stuart Simpson in the above-referenced action (the "Action"). As referenced in plaintiff's letter to the Court last night, plaintiff has just filed the parties' Stipulation and Agreement of Settlement as an exhibit to the briefing in support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, Approval of Notice and Scheduling of Final Approval Hearing.

Based on the parties' proposed schedule, which provides for notice of the settlement to RCA stockholders and briefing in support of final settlement approval, the parties respectfully request that the Court set a hearing for final approval of the settlement at the Court's earliest convenience after October 31, 2016.

Should the Court have any questions about the proposed settlement, proposed schedule or any other matter, the parties are available at the Court's convenience.

Respectfully,

Daniel Berger
GRANT & EISENHOFER, P.A.
485 Lexington Ave.
New York, NY 10017

*Counsel for Plaintiff*

cc: (via email)
Peter Doyle (pdoyle@proskauer.com)
Bradley Bobroff (bbobroff@proskauer.com)
PROSKAUER ROSE, LLP
Eleven Times Square
New York, NY 10036-8299

*Counsel for Defendants*